**Order entered July 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00139-CR

### KEPHREN MARCUS THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-36078-T**

## ORDER

Before the Court is court reporter Sharina Fowler's July 7, 2022 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by August 8, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE